IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| FOSTER JOHN MICHAEL WITZEL, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. An Amended Preliminary Order of Forfeiture was entered on June 25, 2021 (Doc. 44);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.      There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED that:

1.      The Motion for Final Order of Forfeiture (Doc. 46) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Metal Device, low explosive;
- Ruger, model AR-556, .556 caliber, semi-automatic rifle (S/N: 856-32520);
- Twelve (12) rounds of .556 caliber ammunition manufactured by PPU (Prvi Partizan);
- A dismantled common unknown firework;
- unknown explosive, caliber unknown;
- metal container unknown explosive, caliber unknown;
- unknown explosive (S/N: unknown);
- metal container unknown explosive (S/N: unknown);
- unknown explosive (S/N: unknown); and
- metal container unknown explosive (S/N: unknown).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of November, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge